Stephen P. Stubbs, Esq.
Nevada Bar No. 10449
2388 Tilden Way
Henderson, Nevada  89074
Telephone No.: (702) 759-3224
stephen@stephenpstubbs.com
*Attorney for Plaintiff*
*Kelly Patterson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY PATTERSON, individually,<br><br>Plaintiff,<br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada, and DOE Officers I-XX,<br><br>Defendants. | Case No.: 2:23-cv-0539-RFB-DJA<br><br>[PROPOSED] **JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

Pursuant to Local Rule 26-1(e), the parties submit their proposed Discovery Plan and Scheduling Order. Deadlines that fall on a Saturday, Sunday, or legal holiday have been scheduled for the next judicial day.

1. **Meeting**:  Pursuant to FRCP Rule 26(f), a meeting was held on June 1, 2023, and was attended telephonically by Stephen P. Stubbs, Esq. for Plaintiff Kelly Patterson, Jackie V. Nichols, Esq. of Marquis Aurbach for Defendants Las Vegas Metropolitan Police Department and Joe Lombardo, and Rebecca Wolfson, Esq., Deputy City Attorney for City of Las Vegas,.for Defendant City of Las Vegas.

2. **Pre-Discovery Disclosures**:  Pursuant to FRCP Rule 26(a)(1), the parties will make their pre-discovery disclosures, including but not limited to any Computation(s) of Damages required pursuant to FRCP 26(a)(i)(A)(iii), on or before June 15, 2023.

3. **Areas of Discovery**: The parties agree that the areas of discovery should include, but not be limited to: all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

4. **Discovery Plan**: The parties propose the following discovery plan:

   A. **Discovery Cut-off Date(s)**: Discovery will cutoff one hundred eighty (180) days from the date of filing of the answer, May 4, 2023, such that discovery closes on October 31, 2023.

   B. **Amending the Pleadings and Adding Parties**:

   The parties shall have until August 2, 2023, to file any motions to amend the pleadings to add parties. This is 90 days before the discovery cut-off date.

   C. **FRCP 26(a)(2) Disclosure of Experts**:

   Disclosure of experts shall proceed according to FRCP Rule 26(a)(2) and LR 26-1(e)(3) as follows: the disclosure of experts and their reports shall occur on or before September 1, 2023. The disclosure of rebuttal experts and their reports shall occur on or before October 2, 2023. The initial expert disclosure deadline is 60 days before the discovery cut-off date and the rebuttal expert disclosure deadline is 30 days after the initial expert disclosure deadline.

   D. **Interim Status Report**:

   ~~The parties shall file the interim status report by September 1, 2023, 60 days before the discovery cut-off date, as required by LR 26-3.~~

///

  E.  **Dispositive Motions**:

The parties shall have until <u>November 30, 2023</u>, to file dispositive motions. This is 30 days after the discovery cut-off date, as required by LR 26-1(e)(4).

  F.  **Pre-Trial Order**:

The parties will prepare a Consolidated Pre-Trial Order on or before <u>January 2, 2024</u>, which is not more than 30 days after the date set for filing dispositive motions in the case, as required by LR 26-1(e)(5). This deadline will be suspended if dispositive motions are timely filed until 30 days after the decision of the dispositive motions or until further order of the Court. The disclosure required by FRCP Rule 26(a)(3), and objections thereto, shall be included in the pre-trial order.

  G.  **Court Conferences**: If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

  H.  **Extensions or Modifications of the Discovery Plan and Scheduling Order**: LR ~~26-4~~ 26-3 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in the discovery plan and scheduling order must be made not later than 21 days before the subject deadline. Any stipulation or motion to extend the discovery cut-off period must be made no later than <u>October 10, 2023</u>, 21 days before the discovery cut-off date.

  I.  **Format of Discovery**: Pursuant to the electronic discovery amendments to the Federal Rules of Civil Procedure effective December 1, 2006, the parties addressed the e-discovery issues pertaining to the format of discovery at the Rule 26(f) conference. The parties

do not anticipate discovery of native files or metadata at this time, but each party reserves the right to make a showing for the need of such electronic data as discovery progresses.

        J.      **Alternative Dispute Resolution:** The parties certify that they have met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

        K.      **Alternative Forms of Case Disposition:** The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. section 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01), however, the parties have decided against such use and require a traditional jury trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

L.      **Electronic Evidence:** The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties have not reached any stipulations in this regard at this time.

DATED this 2nd day of June 2023.

MARQUIS AURBACH

  /s/ Stephen P. Stubbs
Stephen P. Stubbs, Esq.
Nevada Bar No. 10449
2388 Tilden Way
Henderson, Nevada 89074
Telephone No.: (702) 759-3224
*Attorney for Plaintiff*
*Kelly Patterson*

  /s/ Jackie V. Nichols
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, NV 89145
Telephone No. (702) 382-0711
*Attorneys for Defendant Las Vegas Metropolitan Police Department*

CITY OF LAS VEGAS

  /s/ Rebecca L. Wolfson
Bryan K. Scott, Esq.
City Attorney
Nevada Bar No. 4381
Rebecca L. Wolfson, Esq.
Deputy City Attorney
Nevada Bar No. 14132
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Telephone No. (702) 229-6629
*Attorneys for City of Las Vegas*

**IT IS SO ORDERED** that the parties' Joint Discovery Plan and Scheduling Order is **granted in part** and **denied in part**. The plan includes an interim status report deadline and cites to LR 26-3. The Local Rules as amended on 4/17/2020 eliminated former Local Rule 26-3's requirement for Interim Status Reports. The Court will not approve an interim status report deadline as no such deadline exists under the amended Local Rules.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 6, 2023

- 5 -