Stephen P. Stubbs, Esq.
Nevada Bar No. 10449
2388 Tilden Way
Henderson, NV 89074
Telephone: (702) 759-3224
Email: stephen@stephenstubbs.com
*Attorney for Plaintiff Kelly Patterson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY PATTERSON, individually, | Case No: 2:23-cv-00539-RFB-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS, a municipal governmental entity and a political subdivision of the State of Nevada; OFFICER S. SALAZAR, an individual; JOE LOMBARDO, an individual and DOE OFFICERS I-XX, | **(THIRD REQUEST)** |
| Defendants. | |

Plaintiff Kelly Patterson ("Plaintiff"), by and through his counsel of record, Stephen P. Stubbs, Esq., Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Officer S. Salazar ("Salazar"), and Joseph Lombardo ("Lombardo"), collectively ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and Defendant City of Las Vegas (the "City"), by and through their counsel of record, Bryan K. Scott, Esq. and Rebecca L. Wolfson, Esq., of City Attorney's Office, hereby stipulate and agree to extend the Discovery Plan and Scheduling Order deadlines based on the schedule below. This Stipulation is being entered in good faith and not for purposes of delay (supplemented information noted in **bold-face** type).

I.      **STATUS OF DISCOVERY.**

   A.      **PLAINTIFF'S DISCOVERY.**

   1.      Plaintiff's Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated June 15, 2023.

   2.      Plaintiff Patterson's First Set of Requests for Admissions to City of Las Vegas dated June 30, 2023.

   3.      Plaintiff Patterson's First Set of Requests for Admissions to Joe Lombardo dated June 30, 2023.

   4.      Plaintiff Patterson's First Set of Requests for Production of Documents to Joe Lombardo dated June 30, 2023.

   5.      Plaintiff Patterson's First Set of Interrogatories to Joe Lombardo dated June 30, 2023.

   6.      Plaintiff Patterson's First Set of Requests for Admissions to Officer Salim Salazar dated June 30, 2023.

   7.      Plaintiff Patterson's First Set of Requests for Production of Documents to Officer Salim Salazar dated June 30, 2023.

   8.      Plaintiff Patterson's First Set of Requests for Admissions to LVMPD dated June 30, 2023.

   9.      Plaintiff Patterson's First Set of Requests for Production of Documents to LVMPD dated June 30, 2023.

   10.     Plaintiff Patterson's First Set of Interrogatories to LVMPD dated June 30, 2023.

   11.     Plaintiff Patterson's Responses to LVMPD's First Set of Requests for Admissions dated August 15, 2023.

   12.     Plaintiff Patterson's Answers to LVMPD's First Set of Interrogatories dated August 15, 2023.

13. Plaintiff Patterson's Responses to LVMPD's First Set of Requests for Production dated August 17, 2023.

14. Plaintiff's First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 17, 2023.

15. Plaintiff Patterson's Second Set of Interrogatories to LVMPD dated August 30, 2023.

16. Plaintiff Patterson's Second Set of Requests for Admissions to LVMPD dated August 30, 2023.

17. Plaintiff Patterson's Second Set of Requests for Production of Documents to LVMPD dated August 30, 2023.

18. Plaintiff's Second Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 30, 2023.

19. Plaintiff Patterson's Designation of Expert Witness dated September 1, 2023.

20. Plaintiff's Third Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated September 15, 2023.

**B.    LVMPD DEFENDANTS' DISCOVERY.**

1. LVMPD Defendants' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated June 15, 2023.

2. LVMPD's First Set of Interrogatories to Plaintiff Kelly Patterson dated July 19, 2023.

3. LVMPD's First Set of Requests for Production of Documents to Plaintiff Kelly Patterson dated July 19, 2023.

4. LVMPD's First Set of Requests for Admissions to Plaintiff Kelly Patterson dated July 19, 2023.

5. LVMPD Defendants' First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 2, 2023.

- 3 -

6. LVMPD's Responses to Plaintiff Kelly Patterson's First Set of Requests for Admissions dated August 2, 2023.

7. Joe Lombardo's Responses to Plaintiff Kelly Patterson's First Set of Requests for Admissions dated August 2, 2023.

8. Joe Lombardo's Answers to Plaintiff Kelly Patterson's First Set of Interrogatories dated August 2, 2023.

9. Joe Lombardo's Responses to Plaintiff Kelly Patterson's First Set of Requests for Production of Documents dated August 2, 2023.

10. Salim Salazar's Responses to Plaintiff Kelly Patterson's First Set of Requests for Production of Documents dated August 2, 2023.

11. Salim Salazar's Responses to Plaintiff Kelly Patterson's First Set of Requests for Admissions dated August 2, 2023.

12. LVMPD's Answers to Plaintiff Kelly Patterson's First Set of Interrogatories dated August 2, 2023.

13. LVMPD's Responses to Plaintiff Kelly Patterson's First Set of Requests for Production of Documents dated August 2, 2023.

14. LVMPD Defendants' First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 2, 2023.

15. LVMPD Defendants' Second Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated October 2, 2023.

16. LVMPD's Amended Answers to Plaintiff Kelly Patterson's First Set of Interrogatories dated October 2, 2023.

17. LVMPD's Answers to Plaintiff Kelly Patterson's Second Set of Interrogatories dated October 2, 2023.

18. LVMPD's Responses to Plaintiff Kelly Patterson's Second Set of Requests for Production of Documents dated October 2, 2023.

19. LVMPD's Responses to Plaintiff Kelly Patterson's Second Set of Requests for Admissions dated October 2, 2023.

20. LVMPD's Supplemental Answers to Plaintiff Kelly Patterson's Second Set of Interrogatories dated October 4, 2023.

21. Joe Lombardo's Amended Answers to Plaintiff Kelly Patterson's First Set of Interrogatories dated October 5, 2023.

22. LVMPD Defendants' Rebuttal Expert Witness Disclosure dated October 6, 2023.

23. LVMPD's Second Amended Answers to Plaintiff Kelly Patterson's First Set of Interrogatories dated October 16, 2023.

24. LVMPD's Supplemental Responses to Plaintiff Kelly Patterson's Second Set of Requests for Production of Documents dated October 16, 2023.

**C.     DEFENDANT City of Las Vegas' DISCOVERY.**

1. City of Las Vegas' Answers to Plaintiff Kelly Patterson's First Set of Requests for Admissions dated July 31, 2023.

2. City of Las Vegas' First Set of Requests for Admission to Plaintiff Kelly Patterson dated September 21, 2023.

3. City of Las Vegas' First Set of Requests for Production of Documents to Plaintiff Kelly Patterson dated September 21, 2023.

4. City of Las Vegas' First Set of Interrogatories to Plaintiff Kelly Patterson dated September 21, 2023.

**D.     DEPOSITIONS.**

1. Plaintiff deposed Conrad Hafen on July 15, 2023.

2. Plaintiff deposed Sergeant Andrew Bauman on October 3, 2023.

3. Plaintiff deposed Officer Maglich on October 5, 2023.

4. LVMPD Defendants' deposed Plaintiff Kelly Patterson on October 16, 2023.

**5.     Plaintiff deposed Officer Salazar on October 19, 2023.**

    **6.**     **LVMPD Defendants deposed Plaintiff's Expert, Craig Wetterer, Ph.D. on October 20, 2023.**

    **7.**     **Plaintiff deposed LVMPD's 30(b)(6) designee on October 30, 2023.**

    **8.**     **Plaintiff conducted a partial deposition of Liesl Freedman on December 11, 2023 from 9am to 1pm. Because of objections, only 1 hour and 40 minutes of the 3 hour deposition was conducted in that time period. The deposition ended at 1pm, and continued to December 28, 2023, because Liesl Freedman needed to attend a meeting regarding the recent UNLV shooting.**

    **9.**     **Plaintiff deposed Lt. Humel on December 20, 2023.**

    **10.**     **Plaintiff deposed Lt. Gordon on December 20, 2023.**

    **11.**     **Plaintiff deposed Sgt. Ralston on November 20, 2023.**

    **12.**     **Plaintiff will depose LVMPD's expert witness, Jack Ryan, on December 27, 2023**

    **13.**     **Plaintiff will continue the deposition of Liesl Freedman on December 28, 2023.**

## II.     DISCOVERY THAT REMAINS TO BE COMPLETED.

The Parties are actively conducting discovery.  For the reasons explained below, the Parties will need additional time to conduct limited discovery, including but not limited to:

1. Discovery regarding Joe Lombardo is currently stayed by Court and the parties are waiting on the Court's response to Joe Lombardo's Motion to Dismiss to plan and conduct discovery, when and if the Court's stay is lifted.

2. Plaintiff needs to depose the City of Las Vegas's 30(b)(6) designee. After multiple meet and confers on appropriate 30(b)(6) topics, the Parties could not agree on appropriate 30(b)(6) subjects and agreed to postpone this deposition while the City filed a motion for protective order. The City of Las Vegas filed their motion for protective order on December 11, 2023, and it is pending before this Court. Plaintiff's response is due by December 25, 2023, and

the Parties have agreed to delay the deposition of the City's 30(b)(6) designee until the Court decides this motion.

3. The Parties are working through disagreements on outstanding written discovery.

4. Depending on the answers received in Liesl Freedman's December 27, 2023 deposition, Plaintiff may need to conduct additional depositions and/or written discovery.

### III. SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY.

Pursuant to Local Rule 26-3, the Parties submit that good cause exists for the extension requested. This is the first request for an extension of discovery deadlines in this matter. The Parties acknowledge that, pursuant to Local Rule 26-3, a stipulation to extend a deadline set forth in a discovery plan must be submitted to the Court no later than 21 days before the expiration of the subject deadline, and that a request made within 21 days must be supported by a showing of good cause.

Due to the pending motions before this Court, including Defendant Lombardo's Motion for Judgment on the Pleadings and the City of Las Vegas's Motion for Protective Order, and the current stay of discovery regarding Defendant Joe Lombardo, an extension of discovery is necessary. Furthermore, the Parties are making progress as they work through disagreements on outstanding written discovery, and depending on the results of Liesl Freedman deposition, additional discovery might be necessary. Plaintiff needs to receive pending written discovery, and to have a reasonable amount of time after Liesl Freedman's December 28, 2023 deposition to assess the evidence and analyze what may be needed moving forward. The Parties thus respectfully request an extension of time to extend the discovery in this matter to enable to them to conduct necessary discovery in this matter and so that this matter is fairly resolved on the merits.

/ / /

- 7 -

### III. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DEADLINES

Below are the current discovery deadlines.

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Amend Pleadings and Add Parties | August 2, 2023 | **Past Due/Unchanged** |
| Initial Expert Disclosures | September 1, 2023 | **Past Due/Unchanged** |
| Rebuttal Expert Disclosures | October 2, 2023 | **Past Due/Unchanged** |
| Discovery Cut-Off | December 29, 2023 | **February 28, 2023** |
| Dispositive Motions | February 1, 2023 | **April 1, 2024** |
| Pretrial Order | March 1, 2024 | **May 1, 2024** (If dispositive motions are filed, the deadline shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.) |

The Parties agree to the proposed deadlines above and agree that the extension is limited to conducting outstanding depositions and following up on written discovery already propounded by the parties.

Based on the foregoing stipulation and proposed deadlines plan, the Parties believe there is good cause to extend discovery and request that the Discovery Plan and Scheduling Order deadlines be extended consistent with this stipulation so that the parties may conduct the identified depositions and address outstanding issues with written discovery.

///

[SIGNATURES APPEAR ON FOLLOWING PAGE]

Dated this 26th day of December, 2023.

By:    /s/ Stephen P. Stubbs
    Stephen P. Stubbs, Esq.
    Nevada Bar No. 10449
    2388 Tilden Way
    Henderson, Nevada 89074
    Attorney for Plaintiff Kelly Patterson

Dated this 26th day of December, 2023.

MARQUIS AURBACH

By:    /s/ Jackie V. Nichols
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Las Vegas
    Metropolitan Police Department, Officer
    S. Salazar and Joe Lombardo

Dated this 26th day of December, 2023.

CITY ATTORNEY'S OFFICE

By:    /s/ Rebecca L. Wolfson
    Jeffrey M. Dorocak, Esq.
    City Attorney
    Nevada Bar No. 13109
    Rebecca L. Wolfson, Esq.
    Deputy City Attorney
    Nevada Bar No. 14132
    495 South Main Street, Sixth Floor
    Las Vegas, Nevada 89101
    Attorneys for Defendant City of Las Vegas

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
United States District Court Magistrate Judge

DATED: 12/27/2023

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **[PROPOSED] STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES (THIRD REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 26th day of December, 2023. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      /s/ Stephen P. Stubbs
Stephen P. Stubbs

STEPHEN P. STUBBS, ESQ.
2388 TILDEN WAY
HENDERSON, NEVADA 89074
(702) 759-3224