JEFFRY M. DOROCAK
City Attorney
Nevada Bar No. 13109
By: REBECCA L. WOLFSON
Deputy City Attorney
Nevada Bar No. 14132
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: rwolfson@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY PATTERSON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS, a municipal governmental entity and a political subdivision of the State of Nevada; OFFICER S. SALAZAR, an individual; JOE LOMBARDO, an individual; and DOE OFFICERS I - XX,<br><br>Defendants. | CASE NO. 2:23-cv-0539-RFB-DJA |

**STIPULATION FOR EXTENSION OF TIME
TO FILE REPLY TO PLAINTIFF KELLY
PATTERSON'S OPPOSITION TO DEFENDANT CITY
OF LAS VEGAS' MOTION FOR PROTECTIVE ORDER**
**(First Request)**

On December 11, 2023, Defendant City of Las Vegas filed a Motion for Protective Order [ECF #67].  On December 26, 2023, Plaintiff Kelly Patterson filed an opposition to Defendant City of Las Vegas' Motion for a Protective Order [ECF #69].  The reply to this opposition is currently due January 2, 2024.  Due to scheduled depositions during the week of December 26, 2023, and other time constraints, Defendant City of Las Vegas' counsel requests an additional week to file a reply to this opposition.  Plaintiff's counsel does not oppose this request.

. . . .

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel, that the time for Defendant City of Las Vegas to file its reply to Plaintiff's Opposition to Defendant City of Las Vegas' Motion for Protective Order be extended from January 2, 2024, to January 9, 2024, to allow counsel for Defendant City of Las Vegas sufficient time to prepare a reply. This is the first request for an extension of time for this reply.

DATED this 27th day of December, 2023.

/s/ Stephen P. Stubbs
STEPHEN P. STUBBS, ESQ.
Nevada Bar No. 10449
2388 Tilden Way
Henderson, NV 89074
Attorneys for Plaintiff

DATED this 27th day of December, 2023.

JEFFRY M. DOROCAK
City Attorney

By:  /s/ Rebecca L. Wolfson
REBECCA L. WOLFSON
Deputy City Attorney
Nevada Bar No. 14132
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for CITY OF LAS VEGAS

DATED this 27th day of December, 2023.

MARQUIS AURBACH

By:  /s/ Jackie V. Nichols
JACKIE V. NICHOLS, ESQ.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for Defendants LVMPD,
OFFICER SALAZAR, JOE LOMBARDO

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

12/27/2023
DATE