**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
　Attorneys for Defendants Las Vegas Metropolitan Police
　Department, Officer S. Salazar and Joe Lombardo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLY PATTERSON, individually,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS, a municipal governmental entity and a political subdivision of the State of Nevada; OFFICER S. SALAZAR, an individual; JOE LOMBARDO, an individual and DOE OFFICERS I-XX,<br><br>　　　　　　Defendants. | Case Number:<br>2:23-cv-00539-RFB-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING AND EXTEND LVMPD DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE OF COURT TO CONDUCT ADDITIONAL DEPOSITIONS**<br><br>**(FIRST REQUEST)** |

Plaintiff Kelly Patterson ("Plaintiff"), by and through his counsel of record, Stephen P. Stubbs, Esq., Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Officer S. Salazar ("Salazar"), and Joseph Lombardo ("Lombardo"), collectively ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and Defendant City of Las Vegas (the "City"), by and through their counsel of record, Jeffry M. Dorocak, Esq. and Rebecca L. Wolfson, Esq., of City Attorney's Office, hereby agree and jointly stipulate the following.

Accordingly, the parties hereby stipulate and agree as follows:

. . .

MAC:14687-454 5385791_2 2/20/2024 9:59 AM

1. Defendant City of Las Vegas' filed a Motion for a Protective Order on December 11, 2023 [ECF No. 67].

2. Plaintiff filed an Opposition to Defendant City of Las Vegas' Motion for a Protective Order on December 26, 2023 [ECF No. 69].

3. Defendant City of Las Vegas' filed its Reply to Plaintiff's Opposition to Motion for a Protective Order on January 19, 2024 [ECF No. 73].

4. The Court scheduled the hearing on Defendant City of Las Vegas' Motion for a Protective Order [ECF No. 67] on February 26, 2024 at 10:00 A.M.

5. Thereafter, Plaintiff filed a Motion for Leave to Conduct Additional Depositions [ECF No. 76] on February 9, 2024.

6. The Court scheduled the hearing on Plaintiff's Motion for Leave to Conduct Additional Depositions [ECF No. 77] on April 1, 2024 at 10:00 A.M.

7. Because the 30(b)(6) deposition for Defendant City of Las Vegas is Plaintiff's eleventh deposition, it is more expeditious for the gearings for both motions to be heard on the same day, and having both hearings on April 1, 2024 will not delay the 30(b)(6) deposition.

8. LVMPD Defendants' counsel has a conflict with a firm trial date of February 20 to March 8, 2024 in the case of *James M. Herndon v. City of Henderson, et al.*, Eighth Judicial District Court, Clark County, Nevada Case No. A-21-842739-C.

9. The above-mentioned hearing would affect LVMPD Defendants' ability to have a representative at the hearing in the current case.

10. Plaintiff and Defendants agree that the hearing, currently set for February 26, 2024 at 10:00 A.M., shall be extended to April 1, 2024 at 10:00 A.M. with Plaintiff's Motion for Leave of Court to Conduct Additional Depositions [ECF No. 76].

11. The Parties further agree, that both the City and LVMPD Defendants' Response to Plaintiff's Motion for Leave of Court to Conduct Additional Depositions [ECF No. 76] deadline currently set for February 23, 2024 shall be extended to Friday, March 15, 2024.

MAC:14687-454 5385791_2 2/20/2024 9:59 AM

12. WHEREFORE, the parties respectfully request that both LVMPD Defendants' and the City's Response to Plaintiff's Motion for Leave of Court to Conduct Additional Depositions [ECF No. 76] be extended to and including Friday, March 15, 2024.

13. The instant stipulation is being made in good faith and not for purposes of delay and that no party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED.

Dated this 20th day of February, 2024.

By: /s/ Stephen P. Stubbs
Stephen P. Stubbs, Esq.
Nevada Bar No. 10449
411 Winter Dove Avenue
Henderson, Nevada 89011
Attorney for Plaintiff Kelly Patterson

Dated this 20th day of February, 2024.
MARQUIS AURBACH

By: /s/ Jackie V. Nichols
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants Las Vegas Metropolitan Police Department, Officer S. Salazar and Joe Lombardo

Dated this 20th day of February, 2024
CITY ATTORNEY'S OFFICE

By: /s/ Rebecca L. Wolfson
Jeffry M. Dorocak, Esq.
City Attorney
Nevada Bar No. 13109
Rebecca L. Wolfson, Esq.
Deputy City Attorney
Nevada Bar No. 14132
495 South Main Street, Sixth Floor
Las Vegas, Nevada 89101
Attorneys for Defendant City of Las Vegas

**ORDER**

**IT IS SO ORDERED**. The hearing on Defendant City of Las Vegas' Motion for a Protective Order (ECF No. 67) is VACATED and **RESET** for April 1, 2024 at 10:00 a.m. **IT IS FURTHER ORDERED** that the deadline to file a response to Plaintiff's Motion for Leave of Court to Conduct Additional Depositions (ECF No. 76) is March 15, 2024.

DATED: 2/21/2024

_____
UNITED STATES MAGISTRATE JUDGE

MAC:14687-454 5385791_2 2/20/2024 9:59 AM

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO CONTINUE HEARING AND EXTEND LVMPD DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE OF COURT TO CONDUCT ADDITIONAL DEPOSITIONS (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 20th day of February, 2024.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:14687-454 5385791_2 2/20/2024 9:59 AM