**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan Police
  Department, Officer S. Salazar and Joe Lombardo

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY PATTERSON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS, a municipal governmental entity and a political subdivision of the State of Nevada; OFFICER S. SALAZAR, an individual; JOE LOMBARDO, an individual and DOE OFFICERS I-XX,<br><br>Defendants. | Case Number:<br>2:23-cv-00539-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Kelly Patterson ("Plaintiff"), by and through his counsel of record, Stephen P. Stubbs, Esq., and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Officer S. Salazar ("Salazar"), and Joseph Lombardo ("Lombardo"), collectively ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, hereby agree and jointly stipulate the following.

1. Plaintiff filed its Motion for Summary Judgment Against Las Vegas Metropolitan Police Department on July 12, 2024 [ECF No. 93];

2. LVMPD Defendants' counsel recently was out of town the week of July 20-27, 2024 and needs additional time to properly respond and is unable to meet the deadline of

MAC:14687-454 5563354_1 8/2/2024 12:34 PM

1 August 2, 2024 currently scheduled for LVMPD's Opposition to Plaintiff's Motion for
2 Summary Judgment Against Las Vegas Metropolitan Police Department;

3      3.      The Parties have agreed to a four (4) day extension for LVMPD's Opposition
4 to Plaintiff's Motion for Summary Judgment Against Las Vegas Metropolitan Police
5 Department;

6      4.      Accordingly, the deadline for LVMPD's Opposition to Plaintiff's Motion for
7 Summary Judgment Against Las Vegas Metropolitan Police Department, currently due on
8 August 2, 2024, be **extended to and including Thursday, August 8, 2024**;

9      5.      This is the Parties' first request to extend the deadline to LVMPD's
10 Opposition to Plaintiff's Motion for Summary Judgment Against Las Vegas Metropolitan
11 Police Department; and

12      6.      This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 2nd day of August, 2024.                     Dated this 2nd day of August, 2024.

                                                      MARQUIS AURBACH

By:   /s/ Stephen P. Stubbs                 By:   /s/ Craig R. Anderson
    Stephen P. Stubbs, Esq.                       Craig R. Anderson, Esq.
    Nevada Bar No. 10449                         Nevada Bar No. 6882
    411 Winter Dove Avenue                     Jackie V. Nichols, Esq.
    Henderson, Nevada 89011                    Nevada Bar No. 14246
    Attorney for Plaintiff Kelly Patterson       10001 Park Run Drive
                                                        Las Vegas, Nevada 89145
                                                        Attorneys for Defendants Las Vegas
                                                        Metropolitan Police Department, Officer
                                                        S. Salazar and Joe Lombardo

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 8/2/24

MAC:14687-454 5563354_1 8/2/2024 12:34 PM