**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan Police
  Department, Officer S. Salazar and Joe Lombardo

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY PATTERSON, individually, | Case Number: |
| Plaintiff, | 2:23-cv-00539-JAD-DJA |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS, a municipal governmental entity and a political subdivision of the State of Nevada; OFFICER S. SALAZAR, an individual; JOE LOMBARDO, an individual and DOE OFFICERS I-XX, | **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |
| Defendants. | |

Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Officer S. Salazar ("Salazar"), and Joseph Lombardo ("Lombardo"), collectively ("LVMPD Defendants"), by and through their attorney of record, Marquis Aurbach, respectfully request attorney Jacqueline V. Nichols, Esq. be removed from the CM/ECF service list for the above-captioned matter.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Page 1 of 3

MAC:14687-454 5567682_1 8/6/2024 2:51 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1     Ms. Nichols is no longer with the law firm of Marquis Aurbach and therefore request

2 the email addresses of jnichols@maclaw.com and kbusch@maclaw.com be removed from

3 the service list.

4     Dated this 6th day of August, 2024.

MARQUIS AURBACH

By: /s/ Craig R. Anderson
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Las Vegas
    Metropolitan Police Department, Officer S.
    Salazar and Joe Lombardo

**IT IS SO ORDERED**.

DATED: 8/7/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-454 5567682_1 8/6/2024 2:51 PM

1

**CERTIFICATE OF SERVICE**

2   I hereby certify that I electronically filed the foregoing **MOTION TO REMOVE**

3   **COUNSEL FROM CM/ECF SERVICE LIST** with the Clerk of the Court for the United

4   States District Court by using the court's CM/ECF system on the 6th day of August, 2024.

5   ☒   I further certify that all participants in the case are registered CM/ECF users

6   and that service will be accomplished by the CM/ECF system.

7   ☐   I further certify that some of the participants in the case are not registered

8   CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid,

9   or have dispatched it to a third party commercial carrier for delivery within 3 calendar days

10   to the following non-CM/ECF participants:

11   N/A

12

13   /s/ Krista Busch_____

14   An employee of Marquis Aurbach

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-454 5567682_1 8/6/2024 2:51 PM