**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
McKenna J. Sullivan, Esq.
Nevada Bar No. 16634
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
msullivan@maclaw.com
   Attorneys for Defendants Las Vegas Metropolitan Police
   Department, Officer S. Salazar and Joe Lombardo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLY PATTERSON, individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS, a municipal governmental entity and a political subdivision of the State of Nevada; OFFICER S. SALAZAR, an individual; JOE LOMBARDO, an individual and DOE OFFICERS I-XX,<br><br>　　　　　Defendants. | Case Number:<br>2:23-cv-00539-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINES TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT LVMPD OFFICER SALIM SALAZAR AND LVMPD DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)**<br><br>Re: ECF Nos. 135, 137, 139 |

Plaintiff Kelly Patterson ("Plaintiff"), by and through his counsel of record, Stephen P. Stubbs, Esq., and Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Officer S. Salazar ("Salazar"), and Joseph Lombardo ("Lombardo") (collectively "LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and McKenna J. Sullivan, Esq., of the law firm of Marquis Aurbach, hereby agree and jointly stipulate the following.

　　　　1.　　Plaintiff filed his Motion for Summary Judgment Against Defendant LVMPD Officer Salim Salazar on October 18, 2024 [ECF No. 137];

　　　　2.　　LVMPD Defendants filed their Motion for Summary Judgment on October 18, 2024 [ECF No. 135];

3. Defendant Salazar's counsel needs additional time to properly respond and is unable to meet the deadline of November 8, 2024 currently scheduled for Salazar's Opposition to Plaintiff's Motion for Summary Judgment Against Defendant LVMPD Officer Salim Salazar;

4. Plaintiff's counsel has requested to respond to LVMPD Defendants Motion for Summary Judgment on the same extended deadline day that Salazar's Opposition is due.

5. The Parties have agreed to a ten (10) day extension for Salazar's Opposition to Plaintiff's Motion for Summary Judgment Against Defendant LVMPD Officer Salim Salazar and Plaintiff Patterson's Opposition to LVMPD Defendant's Motion for Summary Judgment;

6. Accordingly, **the deadline for Salazar's Opposition to Plaintiff's Motion for Summary Judgment Against Defendant LVMPD Officer Salim Salazar, currently due on November 8, 2024, be extended to and including Monday, November 18, 2024;**

7. **The deadline for Plaintiff Patterson's Opposition to LVMPD Defendants, currently due on November 8, 2024, also be extended and including Monday, November 18, 2024.**

8. This is the Parties' first request to extend the deadlines to Salazar's Opposition to Plaintiff's Motion for Summary Judgment Against Defendant LVMPD Officer Salim Salazar and Plaintiff's Opposition to LVMPD Defendant's Motion for Summary Judgment; and

/ / /

/ / /

/ / /

MAC: 14687-454 (#5675581.1)

9. This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 6th day of November, 2024.

By: __/s/ Stephen P. Stubbs__
Stephen P. Stubbs, Esq.
Nevada Bar No. 10449
411 Winter Dove Avenue
Henderson, Nevada 89011
Attorney for Plaintiff Kelly Patterson

Dated this 6th day of November, 2024.
MARQUIS AURBACH

By: __/s/ McKenna J. Sullivan__
Craig R. Anderson, Esq.
Nevada Bar No. 6882
McKenna J. Sullivan, Esq.
Nevada Bar No. 16634
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants Las Vegas Metropolitan Police Department, Officer S. Salazar and Joe Lombardo

## ORDER

With good cause appearing, IT IS ORDERED that this stipulation to continue briefing deadlines [ECF No. 139] is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE

DATED: __11-7-24__