**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
McKenna J. Sullivan, Esq.
Nevada Bar No. 16634
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
msullivan@maclaw.com
*Attorney for Defendants Las Vegas Metropolitan Police*
*Department, Officer S. Salazar and Joe Lombardo*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY PATTERSON, individually, | Case Number: 2:23-cv-00539-JAD-DJA |
| Plaintiff, | |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS, a municipal governmental entity and a political subdivision of the State of Nevada; OFFICER S. SALAZAR, an individual; JOE LOMBARDO, an individual and DOE OFFICERS I-XX, | **STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE (FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED between Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Officer Salim Salazar ("Salazar" and collectively, "LVMPD Defendants"), by and through its counsel of record, Craig R, Anderson, Esq. and McKenna J. Sullivan, Esq. of Marquis Aurbach, and Plaintiff, Kelly Patterson ("Patterson"), by and through his counsel of record, Stephen Stubbs, Esq,, that the Settlement Conference set for November 20, 2025 at 10:00 a.m. be moved to a future date convenient to the Court.

1.      On September 9, 2025, the Court filed an Order Setting Settlement Conference scheduling the Settlement Conference for November 20, 2025. (ECF No. 154).

MAC: 14687-454 (#6031342.1)

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

2.    Lead counsel for the LVMPD Defendants has a prepaid scheduled trip out of the county from November 20, 2025 through November 30, 2025.

3.    To this end, the Parties are available to continue the settlement conference to November 17, 18, 19, or, if necessary, the first week of December, based upon the Court's availability.

4.    This is the first request for such a continuance, and it is made in good faith and not for purposes of delay.

IT IS SO STIPULATED THIS 11th day of September, 2025.

MARQUIS AURBACH

By _s/Craig R. Anderson_____
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    McKenna J. Sullivan, Esq.
    Nevada Bar No. 16634
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Defendants Las Vegas*
    *Metropolitan Police Department,*
    *Officer S. Salazar and Joe Lombardo*

By _s/Stephen P. Stubbs_____
    Stephen P .Stubbs, Esq.
    Nevada Bar No. 10449
    411 Winter Dove Avenue
    Henderson, Nevada 89011
    *Attorney for Plaintiff Kelly Patterson*

## **ORDER**

IT IS SO ORDERED that the Settlement Conference scheduled for November 20, 2025 is VACATED and **RESET** for **Tuesday, November 18, 2025 at 10:00 a.m.**

DATED: 9/12/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14687-454 (#6031342.1)