**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
McKenna J. Sullivan, Esq.
Nevada Bar No. 16634
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
msullivan@maclaw.com
   *Attorneys for Defendants Las Vegas Metropolitan Police*
   *Department, Officer S. Salazar and Joe Lombardo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY PATTERSON, individually,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS, a municipal governmental entity and a political subdivision of the State of Nevada; OFFICER S. SALAZAR, an individual; JOE LOMBARDO, an individual and DOE OFFICERS I-XX,<br><br>                    Defendants. | Case Number:<br>2:23-cv-00539-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

        IT IS HEREBY STIPULATED between Defendants Las Vegas Metropolitan Police

Department ("LVMPD") and Officer Salim Salazar ("Salazar" and collectively, "LVMPD

Defendants"), by and through its counsel of record, Craig R, Anderson, Esq. and McKenna J.

Sullivan, Esq. of Marquis Aurbach, and Plaintiff, Kelly Patterson ("Patterson"), by and

through his counsel of record, Stephen Stubbs, Esq, that the Joint Pretrial Order deadline,

currently set for November 28, 2025, be extended to Monday, December 15, 2025.

    1.  On September 9, 2025, the Court entered an Order Setting Settlement Conference

scheduling the settlement conference for November 20, 2025 (ECF No. 154).

    2.  On September 12, 2025, the Court approved a Stipulation and Order resetting the

settlement conference to November 18, 2025 (ECF No. 157).

MAC: 14687-454 (#6156034.1)

*MARQUIS AURBACH*
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3.   The parties participated in the settlement conference on November 18, 2025, which was unsuccessful (see ECF No. 160).

4.   Following the unsuccessful settlement conference, the parties require additional time to meet and confer in good faith regarding the contents of their Joint Pretrial Order and are unable to meet the current deadline of November 28, 2025.

5.   The parties agree to a seventeen (17) day extension of the deadline for filing the Joint Pretrial Order.

6.   Accordingly, the deadline for the parties' Joint Pretrial Order, currently due on November 28, 2025, shall be extended to and including Monday, December 15, 2025.

7.   This is the parties' first request to extend the Joint Pretrial Order deadline.

8.   This stipulation is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated this 20th day of November, 2025.

By: /s/ *Stephen P. Stubbs*
    Stephen P. Stubbs, Esq.
    Nevada Bar No. 10449
    411 Winter Dove Avenue
    Henderson, Nevada 89011
    *Attorney for Plaintiff Kelly Patterson*

Dated this 20th day of November, 2025.

MARQUIS AURBACH

By: /s/ *Craig R. Anderson*
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    McKenna J. Sullivan, Esq.
    Nevada Bar No. 16634
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Defendants Las Vegas*
    *Metropolitan Police Department,*
    *Officer S. Salazar and Joe Lombardo*

## <u>ORDER</u>

With good cause appearing, the above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  November 21, 2025

MAC: 14687-454 (#6156034.1)

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816