**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
McKenna J. Sullivan, Esq.
Nevada Bar No. 16634
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
msullivan@maclaw.com
*Attorney for Defendants Las Vegas Metropolitan Police*
*Department, Officer S. Salazar and Joe Lombardo*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY PATTERSON, individually,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS, a municipal governmental entity and a political subdivision of the State of Nevada; OFFICER S. SALAZAR, an individual; JOE LOMBARDO, an individual and DOE OFFICERS I-XX,<br><br>                    Defendants. | Case Number:<br>2:23-cv-00539-JAD-BNW<br><br><br>**JOINT PRETRIAL ORDER** |

After pretrial proceedings in this case,

IT IS SO ORDERED:

## I.        FULL CAPTION OF THE ACTION

        Please see above caption. The parties for trial are Plaintiff Kelly Patterson and Defendants Las Vegas Metropolitan Police Department and Officer S. Salazar. The City of Las Vegas and Joe Lombardo have been dismissed from the action.

/ / /

/ / /

/ / /

*MARQUIS AURBACH*
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

MAC: 14687-454 (#6184146.1)

**II.    NAMES, LAW FIRMS, ADDRESSES. AND TELEPHONE OF TRIAL COUNSEL**

Per Plaintiffs:

Clear Counsel Law Group
Jared R. Richards, Esq. (Nevada Bar No. 11254)
Stephen P. Stubbs, Esq. (Nevada Bar No. 10449)
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89012
Telephone: (702) 476-5900

Per Defendants:

Marquis Aurbach
Craig R. Anderson, Esq. (Nevada Bar No. 6882)
McKenna J. Sullivan, Esq. (Nevada Bar No. 16634)
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711

**III.    STATEMENT OF JURISDICTION**

This Court has jurisdiction over this case pursuant to 28 U.S.C. §1331 as this civil action is brought for the redress of alleged deprivations of constitutional rights as protected by 42 U.S.C. §1983, the Fourth Amendment to the United States Constitution. This Court has supplemental jurisdiction of Plaintiff's state-law claims pursuant to 28 U.S.C. § 1367.

**IV.    NATURE OF THE ACTION**

**A.    BACKGROUND**

This civil action arises from an April 14, 2021, law-enforcement encounter in downtown Las Vegas between Plaintiff Kelly Patterson and officers of the Las Vegas Metropolitan Police Department, including Defendant Officer S. Salazar. The incident began during a group bicycle ride involving approximately 300+ riders.  100–150 of those riders were allegedly seen committing one or more traffic violations at 7:32 p.m.

Non-party Officer Maglich was present and conducting traffic enforcement related to the group ride and pulled over a bicyclist. Plaintiff stopped to video record Officer Maglich's traffic stop, and Office Maglich requested assistance. Officer Salazar responded and contacted Plaintiff, who was standing next to his bicycle and recording Officer Maglich's traffic stop when Officer Salazar arrived.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

During the initial contact, Officer Salazar conducted a frisk of Plaintiff and placed him in handcuffs. After Patterson was frisked and placed in handcuffs, Salazar spoke to Maglich for twenty-six (26) seconds with their body cameras turned off. Salazar claims that in that unrecorded conversation, Maglich told her information to establish probable cause of a traffic violation. Plaintiff disputes whether Maglich and Salazar discussed any specific traffic violation at all.

Plaintiff provided his full name to Officer Salazar upon request, but initially declined to provide additional identifying details such as his date of birth. Under threat of arrest, Plaintiff provided his birthday but refused to give any further identifying information including his address. Officer Salazar had her body camera turned off for some of the encounter, but the interaction was partially recorded by officers' body-worn cameras and by a device mounted on Plaintiff's bicycle. After the investigatory detention, Plaintiff was specifically arrested for "disobeying traffic laws" and for obstruction. The obstruction charge arose from Plaintiff's refusal to provide information beyond his full name and date of birth. The specific traffic law for which Plaintiff was arrested is in dispute.

Plaintiff contents that LVMPD maliciously prosecuted Plaintiff by LVMPD leadership saturating the area and ordering officers to pull over and cite or arrest anyone on a bicycle (including Plaintiff) without individual probable cause and with malice. Plaintiff additionally contends that Officer Salazar willingly participated in this malicious prosecution, and further maliciously prosecuted Plaintiff by arresting Plaintiff for obstruction and a traffic violation without probable cause and with malice. Plaintiff also alleges that the adverse action of illegally frisking, handcuffing, and/or ultimately arresting Plaintiff was, in part, retaliatory based on either his recording of Officer Maglich's encounter, his verbally contesting Officer Salazar's police actions, or both. Plaintiff further contends that Officer Maglich did not communicate to Officer Salazar prior to arrest about any specific traffic infraction, and that the traffic arrest was without probable cause. Defendants maintain that probable cause existed for a stop-sign arrest based on information known to Officer Salazar at the time of the arrest.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1    Defendants further deny that Plaintiff's recording was a motivating factor in the arrest and

2    deny any malicious prosecution.

3       Following discovery, the Court resolved certain issues on summary judgment. As a

4    matter of law, the Court determined that the frisk and handcuffing constituted an unreasonable

5    search and seizure under the Fourth Amendment, that Salazar falsely arrested Plaintiff under

6    Article 1, Section 18 of the Nevada Constitution, and that probable cause did not exist for the

7    obstruction arrest. Damages for the unlawful frisk, unlawful handcuffing, and unlawful arrest

8    remain to be determined by the jury. The Court also ruled in Defendants' favor on other federal

9    claims, including qualified immunity on specified § 1983 theories and summary judgment on

10   Plaintiff's *Monell* claims. The parties dispute whether Salazar had probable cause under the

11   Fourth Amendment to arrest Patterson for running a stop sign, and whether Plaintiff's

12   protected activity of recording Officer Maglich's traffic stop was a motivating factor in the

13   arrest. Officer Salazar does not dispute that Plaintiff's protected activity of verbally

14   challenging Officer Salazar's police action was a motivating factor for his frisking and

15   handcuffing but does dispute whether Plaintiff's verbally challenging Officer Salazar's police

16   action was a motivating factor for his arrest is in dispute.  The parties dispute whether LVMPD

17   leadership ordered officers (including Officer Salazar) to issue citations and make arrests

18   (including Plaintiff's arrest) without individual probable cause. The parties dispute whether

19   there was malice. The Court has identified those issues, along with state-law malicious

20   prosecution and battery claims, as well as the nature and scope of damages, for resolution at

21   trial.

22      The central factual and legal questions for the jury include the following:

23     •  whether LVMPD maliciously prosecuted Plaintiff,

24     •  whether Officer Maglich communicated to Officer Salazar before the formal

25      arrest for the traffic violation that he personally observed Plaintiff run the stop

26      sign,

27     •  whether Plaintiff's recording was a substantial or motivating factor in Officer

28      Salazar frisking, handcuffing and arresting Plaintiff, whether Plaintiff's verbal

challenges to Officer Salazar's police activities and was a substantial motivating factor for the arrest,

- whether Defendants acted with malice in initiating or continuing criminal proceedings,

- the proper measure of damages for the adjudicated unreasonable frisk and handcuffing under the Fourth Amendment and Nevada Constitutions and false arrest under the Nevada Constitution, and

- depending on the jury's factual determinations, any additional damages arising from an unlawful arrest under the Fourth Amendment, malicious prosecution(s), First Amendment retaliation(s), and/or battery.

**B.    REMAINING ISSUES FOR TRIAL**

The following claims of the Plaintiff remain to be tried:

- Malicious Prosecution — Against LVMPD. Whether LVMPD leadership wrongfully ordered officers to cite and/or arrest any bicycle in downtown Las Vegas (including Plaintiff) without probable cause, and if so, whether thar order was made with malice. Defendants dispute whether this claim was pled properly and will address it through a motion in limine.

- Malicious Prosecution — Against Officer Salazar. Whether Officer Salazar's wrongful arrest of Plaintiff was made with malice.

- First Amendment Retaliation – Against Officer Salazar. Whether Mr. Patterson's verbally contesting Officer Salazar's police action was a substantial or motivating factor in Salazar's decision to frisk, handcuff and/or arrest Mr. Patterson, and, if so, whether the frisk, handcuffing and/or arrest would have lawfully occurred absent that protected activity.

- First Amendment Retaliation — Against Officer Salazar. Whether Patterson's video recording of Officer Maglich's traffic stop was a substantial or motivating factor in Salazar's decision to frisk, handcuff and/or arrest Mr. Patterson, and, if so, whether the

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

frisk, handcuffing and/or arrest would have lawfully occurred absent that protected activity.

- Fourth Amendment Unlawful Arrest (Stop-Sign Offense) — Against Officer Salazar. Whether, based on the totality of the facts known to Officer Salazar at the time of arrest, she had probable cause to arrest Patterson for running a stop sign.

- Nevada Common-Law Battery — Against Officer Salazar. Whether Salazar committed a battery in connection with her physical handling of Patterson, including the frisking and handcuffing.

- Damages for all above issues adjudicated at trial.

- Damages Only (Liability Established) — Against Officer Salazar. Fourth Amendment unlawful search and seizure for the frisk and handcuffing.

- Damages Only (Liability Established) — Against Officer Salazar. Article 1, Section 18 (Nevada Constitution) unlawful arrest.

## V.    STATEMENT OF UNCONTESTED FACTS

The following facts, although not admitted, will not be contested at trial by evidence to the contrary:

1.    On April 14, 2021, an undisclosed officer told LVMPD's watch commander that a group of approximately 300+ bicyclists were riding through downtown Las Vegas.

2.    Some of those riders were reported to be disobeying traffic laws.

3.    At 7:32 p.m., officers communicated over the radio that 100–150 bicyclists were disobeying traffic laws at 8th Street and Stewart Avenue in downtown Las Vegas.

4.    Plaintiff was riding his bicycle during the event, but there is no evidence that Plaintiff was one of the 100-150 bicyclists seen disobeying traffic laws at 7:32 p.m.

5.    Officer Salazar admits that she was ordered by Sergeant Ralston and a Lieutenant to pull over anyone on a bicycle and write them a citation or arrest them, regardless of whether or not she saw them commit an infraction.

6.    Officer Salazar admits that she did not witness Plaintiff commit any traffic offense whatsoever.

MARQUIS AURBACH

10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

7.    Plaintiff admits he failed to stop at a stop sign while riding his bicycle that evening near South 9th Street and Franklin Avenue at 8:17:07 p.m.

8.    Non-party Officer Maglich was present behind Plaintiff when he failed to stop at the stop sign at 8:17:07 p.m. but took no enforcement action against Plaintiff nor anyone else in the group for any stop sign violation.

9.    Officer Maglich pulled over a citizen for not having lights on his bicycle at 8:18:25 p.m.

10.    Plaintiff stopped his bicycle and began to record Officer Maglich's traffic stop on a Go Pro video camera that was mounted to his bicycle from a safe distance away.

11.    At 8:27 p.m., Officer Maglich requested assistance.

12.    Officer Salazar responded and contacted Plaintiff at 8:30 p.m., detaining him on suspicion that he might have been with the group of 100-150 bicyclists that were disobeying traffic laws at 7:32 p.m.

13.    All parties agree that Officer Salazar had reasonable suspicion to detain Plaintiff at the time.

14.    Officer Salazar admits that, upon detention and immediately before she frisked and handcuffed Plaintiff, Plaintiff politely exercised what he believed to be his constitutionally protected First Amendment rights to verbally challenge Officer Salazar's police conduct, exercised his Fourth Amendment right to not provide physical identification, and exercised his Fifth Amendment right to not answer Officer Salazar's questions.

15.    Officer Salazar admits that she did not have probable cause that Plaintiff committed any crime when she detained him.

16.    At 8:31:37 p.m., Officer Salazar frisked Plaintiff.

17.    Officer Salazar admits that part of the reason she frisked Mr. Patterson was because he verbally challenged her police actions.

18.    At 8:32:13 p.m., Officer Salazar handcuffed Plaintiff.

19.    Officer Salazar admits that she handcuffed Plaintiff specifically because he refused to answer questions and verbally challenged her conduct.

MAC: 14687-454 (#6184146.1)

MARQUIS AURBACH

10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

20.    Officer Salazar admits that, when she referred to Plaintiff being "uncooperative" in her declaration of arrest, she was referring to Plaintiff refusing to answer questions and refusing to comply with her requests that were not commands.

21.    After frisking and handcuffing Plaintiff, Officer Salazar had a twenty-six (26) second conversation with Officer Maglich with both of their body cameras intentionally turned off.

22.    Officer Salazar admits that she does not remember anything specific about the twenty-six (26) second conversation with Officer Maglich with both of their body cameras turned off, and only remembers that he mentioned probable cause.

23.    Plaintiff provided his full name to Officer Salazar upon request but initially declined to provide additional identifying information such as date of birth. Under threat of arrest, Plaintiff provided his birthdate but refused to provide additional identifying information such as his address.

24.    After the detention, Plaintiff was arrested for a traffic violation and for obstruction. Officer Salazar's declaration of arrest specifically states that Plaintiff's traffic violation was "due to the fact Kelly was with a group of bicyclists that were disobeying traffic law."

25.    Officer Salazar admits that the phrase "due to the fact Kelly was with a group of bicyclists that were disobeying traffic law" in her declaration of arrest referred specifically to the infraction committed on 8th Street and Stewart at 7:32 p.m.

26.    Officer Salazar admits that she did not witness Plaintiff committing any traffic violation and that she had no evidence that Plaintiff was with the 100-150 bicyclists that were violating traffic laws at 7:32 p.m.

27.    Officer Salazar admits that she did not put any information that Officer Maglich allegedly told her into her declaration of arrest.

28.    The obstruction charge was based on Plaintiff's refusal to provide additional identifying information beyond his full name and birthdate during the detention. The reason for the traffic arrest is in dispute.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

29.     It is undisputed that all criminal charges against Plaintiff were dismissed.

## VI.     STATEMENT OF CONTESTED ISSUES OF FACT

The following are the issues of fact to be tried and determined upon trial.

1.     Whether LVMPD Leadership ordered officers to pull over anyone with a bicycle in downtown Las Vegas and cite or arrest them without individual probable cause, and if so, whether this order was malicious.

2.     Whether Officer Salazar's frisk, handcuffing, and/or arrest of Plaintiff was malicious.

3.     Whether, before the arrest for a traffic offense, during the twenty-six (26) second conversation between Officer Salazar and Officer Maglich with their body cameras turned off, Officer Maglich communicated to Officer Salazar that he personally observed a rider run the stop sign and that Plaintiff was the rider observed.

4.     Whether Officer Salazar knew Plaintiff was recording Officer Maglich's traffic stop, and if so, when Officer Salazar knew Plaintiff was recording Officer Maglich's traffic stop, and whether Plaintiff recording Officer Maglich's traffic stop was a substantial or motivating factor in Officer Salazar's decision to frisk, handcuff, and/or arrest Plaintiff.

5.     Whether Plaintiff vocally challenging Officer Salazar's police conduct was a substantial or motivating factor in Officer Salazar's decision to frisk, handcuff, and/or arrest Plaintiff.

6.     Whether Officer Salazar committed a battery against Plaintiff.

7.     The nature, extent, and amount of Plaintiff's damages for all adjudicated issue, including any issues determined at trial, and the previously adjudicated issues of:

a.     Officer Salazar violating Plaintiff Fourth Amendment rights by unlawfully frisking and handcuffing Plaintiff.

b.     Officer Salazar violating Plaintiff's Article 1, Section 18 rights under the Nevada Constitution by falsely arresting Plaintiff.

MARQUIS AURBACH

10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH

10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## VII.    STATEMENT OF CONTESTED ISSUES OF LAW

The following are the issues of law to be tried and determined upon trial.

1.    Whether probable cause existed to arrest Plaintiff for the stop-sign offense, under federal and Nevada standards.

2.    Whether the absence of probable cause, if found, supports Plaintiff's First Amendment retaliatory arrest claim or whether the claim is barred if probable cause existed.

3.    Whether Plaintiff has proved the elements of malicious prosecution under Nevada law, including want of probable cause and malice.

4.    The proper measure and scope of damages for the adjudicated Fourth Amendment and Nevada battery violations arising from the frisk and handcuffing, including whether only nominal damages are appropriate if the jury finds probable cause existed for the stop-sign arrest at a later point during the detention.

5.    The availability and scope of damages related to any unlawful arrest or prosecution if the jury finds no probable cause for the stop-sign arrest.

6.    Whether Officer Salazar is protected by qualified immunity on the § 1983 claims. Any bifurcation or sequencing of damages based on the Court's summary-judgment rulings and the jury's probable-cause findings.

## VIII.    EXHIBITS

### A.    THE FOLLOWING EXHIBITS ARE STIPULATED INTO EVIDENCE IN THIS CASE AND MAY BE SO MARKED BY THE CLERK.

1.    Officer Salazar's body-worn camera recordings of the incident (LVMPD BWC 000006–000010).

2.    Officer Maglich's body-worn camera recordings of the incident (LVMPD BWC 000001–000005).

3.    Plaintiff's bicycle-mounted camera recordings (PATT 000716).

4.    LLV210400063663 Declaration of Arrest (4/14/2021) (PATT000663-PATT000672).

5.    Synced Video of PATT 000716 and LVMPD BWC 0000001 (PATT000850).

6.      Constitutional Corner Bulletin – Prolonging a Traffic Stop (LVMPD 000360–000361).

7.      LVMPD incident, arrest, booking, property, and temporary custody records related to Plaintiff's detention and arrest, including:

- Declaration of Arrest – LLV210400063663 (LVMPD 000003–000004);
- Booking Voucher – LLV210400063663 (LVMPD 000005);
- Property Report – LLV210400063663 (LVMPD 000006);
- Release Voucher (LVMPD 000001);
- Disposition (LVMPD 000002).

8.      CAD and Communications for the incident, including:

- Event Search and Incident Recall for 210400063663 (LVMPD 000007–000008);
- CAD Unit Log by Incident Number 210400063663 (LVMPD 000009);
- Incident Recall Event No. 210400063199 (LVMPD 000010–000028);
- CAD Unit Log by Incident Number 210400063199 (LVMPD 000029–000074);
- Radio Audio re: 210400063199, 416B Stewart Ave & N 8th St (LVMPD 000556);
- Phone Audio re: 210400063663, 468 S 10th St & Francis Ave (LVMPD 000557).

## IX.    <u>AS TO THE FOLLOWING EACH PARTY PROPOSES THE FOLLOWING EXHIBITS TO BE USED AT TRIAL.</u>

### 1.    <u>Plaintiffs' Exhibits:</u>

1. Court Video patterson42722_1 d5.avi (PATT000011);

2. C1247785A/B, Recorder's Transcript of Hearing, 4/27/2022 (11/14/2022) (PATT000312-PATT000380);

3. All LVMPD body-worn camera recordings of the incident (PATT002395-BWC-7[th])

    3.1. Clayton, Garry (15925) 19.43.49-Clayton-FD2-416B(5);

    3.2. Salazar, Salim (13350) 19.44.08-Salazar-FD2-416B-7(5)

    3.3. Brewer, Dorothea (15720) 19.45.27-Brewer-FD2-416B-5(5);

3.4. Bright, J. (17064) 19.45.36-Bright-FD2-416B-4(5);

3.5. Villa, Efren (16961) 19.45.40-Villa-FD2-416B-3(5);

3.6. Jimenez, Jeffrey James (16272) 19.46.34-Jimenez-FD2-416B-2(5);

3.7. Hernandez, Victor (15018) 19.46.40-Hernandez-FD2-416B-6(5);

3.8. Deras, Daneil (16801) 19.51.12-Deras-FD4-416B-2(9);

3.9. Ralston, Sgt. Robert (12970) 19.51.13-Ralston-FD4-416B-13(9);

3.10. Guidry, Latoya (9450) 19.53.59-Guidry-FD4-416B-3(9);

3.11. Morfin-Santana, Mayra (16527) 19.56.55-Morfin-Santana-FD4-416B- 4(9);

3.12. Salazar, Salim (13350) 19.59.10-Salazar-FD4-416B-18(9);

3.13. Barrett, Raymond (15243) 19.59.24-Barrett-FD4-416B-15(9);

3.14. Morfin-Santana, Mayra (16527) 20.00.42-Morfin-Santana-FD4-416B-16(9);

3.15. Hernandez, Victor (15018) 20.01.14-Hernandez-FD4-416B-17(9);

3.16. Brewer, Dorothea (15720) 20.01.16-Brewer-FD4-416B-12(9);

3.17. Clayton, Garry (15925) 20.02.25-Clayton-FD4-416B-11(9);

3.18. Jimenez, Jeffrey James (16272) 20.04.04-Jimenez-FD4-416B-10(9);

3.19. Ruchel, Jonathan (16518) 20.05.19-Ruchel-FD4-416B(9);

3.20. Maglich, Thomas (16403) 20.05.43-Maglich-FD5-416B-20(9);

3.21. Guidry, Latoya (9450) 20.06.22-Guidry-FD4-416B-19(9);

3.22. Deras, Daneil (16801) 20.07.01-Deras-FD4-416B-14(9);

3.23. Ruchel, Jonathan (16518) 20.11.54-Ruchel-FD4-416B-7(9);

3.24. Ralston, Sgt. Robert (12970) 20.12.35-Ralston-FD4-416B-9(9);

3.25. Ruchel, Jonathan (16518) 20.14.38-Ruchel-FD4-416B-8(9);

3.26. Rich, Sgt. Brian (14300) 20.15.22-Rich-FD4-416B-5(9);

3.27. Brewer, Dorothea (15720) 20.16.40-Brewer-FD4-416B-6(9);

3.28. Barrett, Raymond (15243) 20.16.50-Barrett-FD3-416B-9(8);

3.29. Khachat Ryan, Erik (15898) 20.17.40-Khachat Ryan-FD UM-416B;

3.30. Miranda, Cesar (15311) 20.18.07-Miranda-FD3-416B-5(8);

3.31. Gordon, Dewayne (17173) 20.19.36-Gordon-FD3-416B(8);

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382.0711 FAX: (702) 382.5816

3.32. Barrett, Raymond (15243) 20.20.09-Barrett-FD4-416B-18(8);

3.33. Grajeda, Fernando (16290) 20.22.32-Grajeda-FD3-416B-15(8);

3.34. Clayton, Garry (15925) 20.23.03-Clayton-FD3-416B-14(8);

3.35. Taylor, Sgt. Adam (9878) 20.23.52-Taylor-FD4-416B-19(8);

3.36. Hernandez, Victor (15018) 20.24.19-Hernandez-FD3-416B-11(8);

3.37. Brewer, Dorothea (15720) 20.24.29-Brewer-FD4-416B-17(8);

3.38. Ruchel, Jonathan (16518) 20.24.40-Ruchel-FD3-416B-13(8);

3.39. Jimenez, Jeffrey James (16272) 20.26.00-Jimenez-FD3-416B-6(8);

3.40. Deras, Daneil (16801) 20.26.03-Deras-FD3-416B-7(8);

3.41. Jimenez, Jeffrey James (16272) 20.26.54-Jimenez-FD3-416B-4(8);

3.42. Dera, Daneil (16801) 20.26.57-Dera-FD3-416B-2(8);

3.43. Hernandez, Victor (15018) 20.28.19-Hernandez-FD3-416B-16(8);

3.44. Deras, Daneil (16801) 20.28.27-Deras-FD3-416B-8(8);

3.45. Bright, J. (17064) 20.28.56-Bright-FD3-416B-3(8);

3.46. Villa, Efren (16961) 20.28.57-Villa-FD3-416B-10(8);

3.47. Salazar, Salim (13350) 20.29.25-Salazar-FD3-416B-12(8);

3.48. Morfin-Santana, Mayra (16527) 20.30.46-Morfin-Santana-FD3-416B-7(7);

3.49. Lee, Lt. Aaron (9840) 20.32.03-Lee-FD3-416B-8(7);

3.50. Ruchel, Jonathan (16518) 20.33.51-Ruchel-FD2-416B-2(7);

3.51. Pirih, Casey (6023) 20.34.05-Pirih-FD3-416B-4(7);

3.52. Gordon, DeWayne (17173) 20.34.09-Gordon-FD2-416B-3(7);

3.53. Novac, Raymond (8408) 20.34.14-Novac-FD2-416B(7);

3.54. Villa, Efren (16961) 20.34.14-Villa-FD3-416B-10(7);

3.55. Bright, J. (17064) 20.34.17-Bright-FD3-416B-9(7);

3.56. Sorense, Det. Randy (12959) 20.34.22-Sorense-FD3-416B-5(7);

3.57. Guidry, Latoya (9450) 20.34.32-Guidry-FD3-416B-6(7);

3.58. Miranda, Cesar (15311) 20.34.34-Miranda-FD2-416B-12(6);

3.59. Maglich, Thomas (16403) 20.34.35-Maglich-FD2-416B-8(6);

MAC: 14687-454 (#6184146.1)

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3.60. Krowicki, Brandon (18381) 20.34.35-Krowicki-FD3-416B-20(6);

3.61. Starks, Randall (15210) 20.34.42-Starks-FD2-416B-2(6);

3.62. Sitko, Jeffrey (17672) 20.34.43-Sitko-FD2-416B-13(6);

3.63. DeVito, Andrew (15274) 20.34.43-DeVito-FD2-416B-3(6);

3.64. Schmidt, Colin (17686) 20.34.43-Schmidt-FD3-416B-17(6);

3.65. Zarate, Patrick (18261) 20.34.45-Zarate-FD3-416B-16(6);

3.66. Maman, Daphna (16561) 20.34.52-Maman-FD3-416B-18(6);

3.67. Ledford, Brady (16846) 20.35.45-Ledford-FD2-416B-14(6);

3.68. Henry, Magen (18268) 20.35.49-Henry-FD2-416B-9(6);

3.69. Deras, Daneil (16801) 20.36.09-Deras-FD2-416B-11(6)

3.70. Clayton, Garry (15925) 20.37.01-Clayton-FD3-416B-19(6);

3.71. Ralston, Sgt. Robert (12970) 20.37.21-Ralston-FD3-416B-15(6);

3.72. Jimenez, Jeffrey James (16272) 20.37.42-Jimenez-FD2-416B-6(6);

3.73. Weeks, Jason (8795) 20.37.56-Weeks-FD2-416B-10(6);

3.74. Bauman, Sgt. Andrew (9982)        20.38.02-Bauman-FD2-416B-4(6)

3.75. Martin, Michael (8275) 20.38.25-Martin-FD2-416B-5(6);

3.76. Connell, Trevor (18392) 20.40.55-Connell-FD2-416B-7(6);

3.77. Camillo, Samuel (7165) 20.41.15-Camillo-FD2-416B(6);

3.78. Lynn, Joshua (15222) 20.41.52-Lynn-FD2-416B-4(4);

3.79. Castagnino, William (16941) 20.42.13-Castagnino-FD2-416B-17(4);

3.80. Flaxa, Alyssa (18532) 20.42.13-Flaxa-FD2-416B-9(4);

3.81. Polion, Michael (9800) 20.42.21-Polion-FD2-416B-19(4);

3.82. Novac, Raymond (8408) 20.42.45-Novac-FD2-416B-10(4);

3.83. Burns, Jacoby (9805) 20.42.51-Burns-FD2-416B-20(4);

3.84. Harrington, Jonathan (13829) 20.43.16-Harrington-FD2-416B-2(4)

3.85. Gordon, DeWayne (17173) 20.44.11-Gordon-FD2-416B-16(4);

3.86. Obsenares, Glenn (12895) 20.45.10-Obsenares-FD2-416B-3(4);

3.87. Ruchel, Jonathan (16518) 20.47.40-Ruchel-FD2-416B-6(4);

MAC: 14687-454 (#6184146.1)

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382.0711 FAX: (702) 382-5816

3.88. Melvin, Joshua (13392) 20.48.12-Melvin-FD2-416B-18(4);

3.89. Rivera Jr., Francisco (15868) 20.48.27-Rivera Jr.-FD2-416B(4);

3.90. Obsenares, Glenn (12895) 20.49.52-Obsenares-FD2-416B-8(4);

3.91. Ruchel, Jonathan (16518) 20.53.02-Ruchel-FD2-416B-7(4);

3.92. Grajeda, Fernando (16290) 20.53.36-Grajeda-FD2-416B-5(4);

3.93. Salazar, Salim (13350) 20.53.48-Salazar-FD2-416B-15(4);

3.94. Lynn, Joshua (15222) 20.54.03-Lynn-FD2-416B-13(4);

3.95. Kramer, Logan (16066) 20.54.04-Kramer-FD2-416B-14(4);

3.96. Ruchel, Jonathan (16518) 20.54.22-Ruchel-FD2-416B-11(4);

3.97. Grajeda, Fernando (16290) 20.54.22-Grajeda-FD2-416B-12(4);

3.98. Malkovich, Anthony (16243) 20.55.42-Malkovich-FD1-416B-8(3);

3.99. Macneill, Xavier (17038) 20.58.15-Macneill-FD1-416B-6(3);

3.100. Lunt, det. David (14723) 20.58.34-Lunt-FD1-416B(3);

3.101. Chatterton, Michael (18210) 20.58.56-Chatterton-FD1-416B-5(3);

3.102. Maman, Saphna (16561) 20.59.25-Maman-FD1-416B-3(3);

3.103. Schmidt, Colin (17686) 20.59.27-Schmidt-FD1-416B-2(3);

3.104. Schmidt, Colin (17686) 20.59.27-Schmidt-FD1-416B-5(1);

3.105. Hayden, Brayden (17662) 21.00.10-Hayden-FD1-416B-4(3);

3.106. Cooley, Beau (18211) 21.01.41-Cooley-FD1-416B-9(3);

3.107. Guidry, Latoya (9450) 21.02.33-Guidry-FD1-416B-10(3);

3.108. Sitko, Jeffrey (17672) 21.02.51-Sitko-FD1-416B-7(3);

3.109. Ibe, Allen (16246) 21.03.02-Ibe-FD1-416B-12(2);

3.110. Morlin-Santana, Mayra (16527) 21.03.09-Morlin-Santana-FD1-416B-19(2);

3.111. Maglich, Thomas (16403) 21.03.10-Maglich-FD1-416B-7(2);

3.112. Hayden, Brayden (17662) 21.03.24-Hayden-FD1-416B-18(2);

3.113. Barrett, Raymond (15243) 21.03.24-Barrett-FD1-416B-20(2);

3.114. Ruchel, Jonathan (16518) 21.03.50-Ruchel-FD1-416B-4(2);

3.115. Deras, Daneil (16801) 21.05.35-Deras-FD1-416B-10(2);

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3.116. Cooke, Laron (16263) 21.05.56-Cooke-FD1-416B-9(2);

3.117. Maman, Saphna (16561) 21.08.05-Maman-FD1-416B-17(2);

3.118. Castagnino, William (16941) 21.08.14-Castagnino-FD1-416B-16(2);

3.119. Ruchel, Jonathan (16518) 21.08.38-Ruchel-FD1-416B-2(2);

3.120. Schmidt, Colin (17686) 21.08.41-Schmidt-FD1-416B-6(2);

3.121. Grajeda, Fernando (16290) 21.08.42-Grajeda-FD1-416B-3(2);

3.122. Maglich, Thomas (16403) 21.08.51-Maglich-FD1-416B-11(2);

3.123. Jimenez, Jeffrey James (16272) 21.08.51-Jimenez-FD1-416B-13(2);

3.124. Weeks, Jason (8795) 21.08.59-Weeks-FD1-416B-15(2);

3.125. Chatterton, Michael (18210) 21.09.19-Chatterton-FD1-416B-5(2);

3.126. Miranda, Cesar (15311) 21.09.24-Miranda-FD1-416B-8(2);

3.127. Jeffrey, Sgt. Blum (8924) 21.11.09-Jeffrey-FD1-416B(2);

3.128. Zarate, Patrick (18261) 21.12.44-Zarate-FD1-416B-14(2);

3.129. Aquilos, Joseph (15042) 21.12.46-Aquilos-FD1-416B-18(1);

3.130. Valle, Elvin-Ron (12932) 21.13.11-Valle-FD1-416B-13(1);

3.131. Ralston, Sgt. Robert (12970) 21.13.40-Ralston-FD1-416B-11(1);

3.132. Schmidt, Colin (17686) 21.14.20-Schmidt-FD1-416B-14(1);

3.133. Barriga, Mark (18531) 21.15.11-Barriga-FD1-416B-(1);

3.134. Longuevan, Paul (17447) 21.15.28-Longuevan-FD1-416B-20(1);

3.135. Galvan, Gustavo (16782) 21.16.15-Galvan-FD1-416B-4(1);

3.136. Ledford, Brady (16846) 21.17.41-Ledford-FD1-416B-17(1);

3.137. Maglich, Thomas (16403) 21.17.58-Maglich-FD1-416B-8(1);

3.138. Martin, Michael (8275) 21.18.19-Martin-FD1-416B-19(1);

3.139. Henry, Magen (18268) 21.18.59-Henry-FD1-416B-12(1);

3.140. Bauman, Sgt. Andrew (9982) 21.21.03-Bauman-FD1-416B-16(1);

3.141. Pelayo, C. (17075) 21.39.25-Pelayo-FD1-416B-3(1);

3.142. Villareal, U. (17084) 21.39.27-Villareal-FD1-416B-2(1);

3.143. Bright, J. (17064) 21.42.37-Bright-FD1-416B-6(1);

3.144. Villa, Efren (16961) 21.43.25-Villa-FD1-416B-10(1);

3.145. Clayton, Garry (15925) 21.43.25-Clayton-FD1-416B-15(1);

3.146. Bright, J. (17064) 21.47.11-Bright-FD1-416B-7(1);

3.147. Bright, J. (17064) 21.59.04-Bright-FD1-416B-9(1);

4.  LVMPD Training Manual (Confidential) including the link YouTube link referenced therein: https://www.youtube.com/watch?v=r6Qr3xw26kU PATT002396-PATT002562);

5.  Original video References in LVMPD Training Manual (PATT002563).

## 2. **LVMPD Defendants' Exhibits:**

1.  LVMPD policies and procedural orders in effect at the time, regarding traffic enforcement and search/seizure, including:

- 4.200 Traffic Enforcement Policy and Procedure (LVMPD 000076–000080; 000081–000086);

- 5.100 Search and Seizure Policy and Procedure (LVMPD 000087–000126; 000127–000168; 000169–000208);

- 5/107.10 Traffic Enforcement Department Manual (LVMPD 000209–000217);

- 5/200.01 Search and Seizure Department Manual (LVMPD 000218–000357; 000487–000555; 000273–000302; 000303–000329; 000330–000357);

- Procedural Orders relating to Search and Seizure and Traffic Enforcement (LVMPD 000363–000486; 000391–000422; 000423–000450; 000451–000458).

**B.    AS TO THE FOLLOWING EXHIBITS, THE PARTY AGAINST WHOM THE SAME WILL BE OFFERED OBJECTS TO THEIR ADMISSIONS UPON THE GROUNDS STATED.**

### 1. **Plaintiffs' Exhibits:**

Of the Plaintiff's Exhibits which are not Joint Exhibits, the LVMPD Defendants assert the following objections:

1.    Defendants object to Plaintiff's Exhibits 1 and 2 on the grounds of relevance, hearsay, more prejudicial than probative.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

2. Defendants object to the bodyworn camera videos listed in Exhibit 3 on the grounds of relevance, cumulative, waste of time, and more prejudicial than probative.

3. Defendants object to Exhibits 4 and 5 on the grounds of relevance, cumulative, and more prejudicial than probative.

**2.    LVMPD Defendants' Exhibits:**

Of Defendant's Exhibits which are not joint Exhibits, Plaintiff asserts the following objections:

1. 4.200 Traffic Enforcement Policy and Procedure (LVMPD 000076–000080; 000081–000086); Plaintiff objects as to relevance. If these exhibits are admitted over the relevance objection, Plaintiff asks that the exhibits be redacted so that only those relevant parts are admitted.

2. 5.100 Search and Seizure Policy and Procedure (LVMPD 000087–000126; 000127–000168; 000169–000208); Plaintiff objects as to relevance. If these exhibits are admitted over the relevance objection, Plaintiff asks that the exhibits be redacted so that only those relevant parts are admitted.

3. 5/107.10 Traffic Enforcement Department Manual (LVMPD 000209–000217); Plaintiff objects as to relevance. If these exhibits are admitted over the relevance objection, Plaintiff asks that the exhibits be redacted so that only those relevant parts are admitted.

4. 5/200.01 Search and Seizure Department Manual (LVMPD 000218–000357; 000487–000555; 000273–000302; 000303–000329; 000330–000357); Plaintiff objects as to relevance. If these exhibits are admitted over the relevance objection, Plaintiff asks that the exhibits be redacted so that only those relevant parts are admitted.

5. Procedural Orders relating to Search and Seizure and Traffic Enforcement (LVMPD 000363–000486; 000391–000422; 000423–000450; 000451–000458). Plaintiff objects as to relevance. If these exhibits are admitted over the relevance objection, Plaintiff asks that the exhibits be redacted so that only those relevant parts are admitted.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**C.**    **THE PLAINTIFFS MAY OFFER THE FOLLOWING EXHIBITS AT TRIAL AS NECESSARY.**

None.

**D.**    **LVMPD DEFENDANTS MAY OFFER THE FOLLOWING EXHIBITS AT TRIAL AS NECESSARY.**

1.    Temporary Custody Record - LLV210400063663 dated April 14, 2021 (LVMPD 000075);

2.    Administrative Notice No. 007-23 Low-Risk Search Warrants Served by SWAT (LVMPD 000358);

3.    Administrative Notice No. 018-21 Search Warrant Applications (LVMPD 000359);

4.    Department Organizational Chart (3/20/21) (LVMPD 000362);

5.    Procedural Order PO-026-17 Search and Seizure (LVMPD 000459-000486);

6.    Standardized Lesson Plan 3.04 Search and Seizure 1 - The 4th Amendment (LVMPD 000558-000650);

7.    Standardized Lesson Plan 3.09 Search and Seizure 2 - Levels of Contact (LVMPD 000651-000705);

8.    Standardized Lesson Plan 3.13 Use of Force 1 (LVMPD 000706-000757);

9.    Standardized Lesson Plan 3.16 Search and Seizure 3 - Levels of Contact Arrest (LVMPD 000758-000796);

10.    Standardized Lesson Plan 3.17 Laws of Arrest (LVMPD 000797-000813);

11.    Standardized Lesson Plan 3.21 Report Writing 2 (LVMPD 000814-000

12.    Standardized Lesson Plan 3.30 Patrol Procedures - Pedestrian Stops (Parts I-IV) (LVMPD 000836-000867);

13.    Standardized Lesson Plan 4.01 Traffic Laws (LVMPD 000868-000937);

14.    Standardized Lesson Plan 10.01 Criminal Law 4 (LVMPD 000938-000995);

15.    Standardized Lesson Plan 10.10 Witness Identification: Show Up (LVMPD 000996-001010);

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

16.    Standardized Lesson Plan 13.08 Search and Seizure 4: Vehicle Searches and Seizures (LVMPD 001011-001037);

17.    Standardized Lesson Plan 16.05 Search and Seizure 5: Academy Search and Seizure Review (LVMPD 001038-001080);

18.    Standardized Lesson Plan 07-2016 - Search and Seizure II - Unit 3.09 (LVMPD 001081-001135);

19.    Standardized Lesson Plan 10-2016 - Search and Seizure II - Unit 3.19 (LVMPD 001136-001190);

20.    Standardized Lesson Plan 12-2016 - Search and Seizure II - Unit 3.19 (LVMPD 001191-001245);

21.    Standardized Lesson Plan 02-2017 - Search and Seizure II - Unit 3.19 (LVMPD 001246-001300);

22.    Standardized Lesson Plan 03-2017 - Search and Seizure II - Unit 3.19 (LVMPD 001301-001355);

23.    Standardized Lesson Plan 04-2017 - Search and Seizure II – Unit 3.19 (LVMPD 001356-001410);

24.    Standardized Lesson Plan 05-2017 - Search and Seizure II - Unit 3.19 (LVMPD 001411-001465);

25.    Standardized Lesson Plan 06-2017 - Search and Seizure II - Unit 3.19 (LVMPD 001466-001520);

26.    Standardized Lesson Plan 07-2017 - Search and Seizure II - Unit 3.19 (LVMPD 001521-001575);

27.    Standardized Lesson Plan 08-2017 - Search and Seizure II - Unit 3.19 (LVMPD 001576-001630);

28.    Standardized Lesson Plan 09-2017 - Search and Seizure II - Unit 3.19 (LVMPD 001631-001685);

29.    Standardized Lesson Plan 10-2017 - Search and Seizure II - Unit 3.19 (LVMPD 001686-001740);

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

30.      Standardized Lesson Plan 12-2017 - Search and Seizure II - Unit 3.19 (LVMPD 001741-001795);

31.      Standardized Lesson Plan 02-2018 - Search and Seizure II - Unit 3.09 (LVMPD 001796-001851);

32.      Standardized Lesson Plan 03-2018 - Search and Seizure II - Unit 3.09 (LVMPD 001852-001907);

33.      Standardized Lesson Plan 04-2018 - Search and Seizure II - Unit 3.09 (LVMPD 001908-001963);

34.      Standardized Lesson Plan 05-2018 - Search and Seizure II - Unit 3.09 (LVMPD 001964-002019);

35.      Standardized Lesson Plan 06-2018 - Search and Seizure II - Unit 3.09 (LVMPD 002020-002075);

36.      Standardized Lesson Plan 08-2018 - Search and Seizure II - Unit 3.09 (LVMPD 002076-002131);

37.      Standardized Lesson Plan 10-2018 - Search and Seizure II - Unit 3.09 (LVMPD 002132-002187);

38.      Standardized Lesson Plan 12-2018 - Search and Seizure II - Unit 3.09 (LVMPD 002188-002243);

39.      Standardized Lesson Plan 05-2019 - Search and Seizure II - Unit 3.09 (LVMPD 002444-002299);

40.      Standardized Lesson Plan 06-2019 - Search and Seizure II - Unit 3.09 (LVMPD 002300-002355);

41.      Standardized Lesson Plan 09-2019 - Search and Seizure II - Unit 3.09 (LVMPD 002356-002411);

42.      Standardized Lesson Plan 11-2019 - Search and Seizure II - Unit 3.09 (LVMPD 002412-002467);

43.      Standardized Lesson Plan 01-2020 - Search and Seizure II - Unit 3.09 (LVMPD 002468-002523);

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14687-454 (#6184146.1)

44. Standardized Lesson Plan 04-2020 - Search and Seizure II - Unit 3.09 (LVMPD 002524-002579);

45. Standardized Lesson Plan 11-2020 - Search and Seizure II - Unit 3.09 (LVMPD 002580-002635);

46. Standardized Lesson Plan 04-2021 - Search and Seizure II - Unit 3.09 (LVMPD 002636-002691);

47. Standardized Lesson Plan 07-2021 - Search and Seizure II - Unit 3.09 (LVMPD 002692-002747);

48. Standardized Lesson Plan 09-2021 - Search and Seizure II - Unit 3.09 (LVMPD 002748-002803);

49. Standardized Lesson Plan 11-2021 - Search and Seizure II - Unit 3.09 (LVMPD 002804-002859);

50. Standardized Lesson Plan 02-2022 - Search and Seizure II - Unit 3.09 (LVMPD 002860-002915);

51. Standardized Lesson Plan 04-2022 - Search and Seizure II - Unit 3.09 (LVMPD 002916-002970);

52. Standardized Lesson Plan 07-2022 - Search and Seizure II - Unit 3.09 (LVMPD 002971-003025);

53. Standardized Lesson Plan 09-2022 - Search and Seizure II - Unit 3.09 (LVMPD 003026-003080);

54. Standardized Lesson Plan 01-2023 - Search and Seizure II - Unit 3.09 (LVMPD 003081-003135);

55. Standardized Lesson Plan 04-2023 - Search and Seizure II - Unit 3.09 (LVMPD 003136-003190);

56. Standardized Lesson Plan 06-2023 - Search and Seizure II - Unit 3.09 (LVMPD 003191-003245);

57. Officer Sanchez's Searches and Returns regarding Kelly Patterson (LVMPD 003246-003301);

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

58.    Body Worn Camera of Sgt. Andrew Bauman (LVMPD BWC 000011-000012);

59.    5/202.04 Misdemeanor Citation and/or Arrest (Manual 4.14.21) (LVMPD 003302-003304).

## X.    ELECTRONIC EVIDENCE

The parties intend to present electronic evidence, including Body Worn Camera footage for purposes of jury deliberations.

## XI.    DEPOSITIONS.

- • Plaintiff intends to introduce the deposition of FRCP 30(b)(6) Designee(s) of Las Vegas Metropolitan Police Department, Lieutenant Landon Reyes.

- • Unless witnesses are unavailable, the parties do not intend to offer depositions other than for purposes of impeachment.

## XII.    THE FOLLOWING WITNESSES MAY BE CALLED AT TRIAL:

### A.    PLAINTIFFS INTEND TO CALL THE FOLLOWING WITNESSES:

*Likely to testify:*

- • Officer Salim Salazar (Defendant), in person

- • Kelly Patterson (Plaintiff), in person

- • Officer Thomas Maglich (Percipient Witness), in person

- • Sergeant Robert Ralston (Percipient Witness), in person

- • Sergeant Andrew Bauman (Percipient Witness), in person

- • Lieutenant Dave Gordon (Percipient Witness), in person

- • Lieutenant Frank Humel (Percipient Witness), in person

- • Dr. Craig Wetterer (Expert Witness)

*Will be called if necessary:*

John "Jack" Ryan (Rebuttal Expert Witness)

### B.    LVMPD DEFENDANTS' WITNESSES:

#### 1.    LVMPD Defendants Intend to Call the Following Witnesses at Trial.

*Likely to testify:*

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

- Officer S. Salazar (Defendant), in person
- Officer Thomas Maglich (Percipient Witness), in person
- Kelly Patterson (Plaintiff), in person
- FRCP 30(b)(6) Designee(s) of Las Vegas Metropolitan Police Department, in person
- John "Jack" Ryan (Rebuttal Expert Witness)

*Will be called if necessary:*

- Sgt Andrew Bauman, in person
- Craig L. Wetterer (Plaintiff's Expert Witness), in person

## XIII.  TRIAL DATES

Counsel have met and hereby submit a list of four (4) agreed-upon trial dates:

- June 2026
- August 2026
- September 2026
- October 2026

It is expressly understood by the undersigned that the Court will set the trial of this matter on one (1) of the agreed-upon dates, if possible, if not, the trial will be set at the convenience of the court's calendar.

## XIV.  TIME FOR TRIAL.

It is estimated that the trial will take a total of 10 days.

APPROVED AS TO FORM AND CONTENT:

MARQUIS AURBACH                    CLEAR COUNSEL LAW GROUP


By:  *s/Craig R. Anderson*              By: *s/Stephen P. Stubbs*
    Craig R. Anderson, Esq.                Jared R. Richards, Esq. (#11254)
    Nevada Bar No. 6882                    Stephen P. Stubbs, Esq. (#10449)
    10001 Park Run Drive                   Dustin E. Birch, Esq. (#10517)
    Las Vegas, Nevada 89145                1671 W. Horizon Ridge Pkwy, Suite 200
    *Attorney for LVMPD Defendants*        Henderson, Nevada 89012
                                           *Attorneys for Plaintiff Kelly Patterson*

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**IT IS HEREBY ORDERED THAT:**

1. <u>Trial date</u>.  This case is set down for a JURY trial on the Tuesday, August 18, 2026, 9:00 a.m. two-week trial stack.

2. <u>Calendar call</u>.  The parties must appear for Calendar Call on August 3, 2026, at 1:30 p.m.

3. <u>Length of trial</u>.  Though the parties have indicated that they anticipate this will be a 10-day trial, upon review, the court concludes that this case should take no more than 4 full days to try, so the parties must plan and prepare their witness schedules to finish this trial within 4 days, and during voir dire, the court will seek a jury that is time-qualified for 4 days.

4. <u>Trial documents must be filed by Calendar Call</u>.  No later than noon on the day of Calendar Call, each party must file with the Court: (a) the parties' trial briefs; (b) a list of each party's witnesses; (c) a stipulated exhibit list, and separate exhibit lists for exhibits that are not stipulated (the parties must meaningfully meet and confer to prepare a stipulated exhibit list before this deadline); (d) jointly proposed jury instructions and separate jury instructions for proposed instructions that are not stipulated to; (e) each party's proposed voir dire questions.

5. <u>Deposition designations</u>.  Any party who anticipates presenting deposition testimony in lieu of live testimony must file (a) page-and-line designations along with (b) a mini version of each relevant deposition transcript, no later than noon on the day before the scheduled Calendar Call.  Objections to such designations must be filed no later than three calendar days after the designations are filed—or objections are deemed waived.  **No extensions of these deposition-designation deadlines will be granted**, with or without a stipulation, because rulings on such designations are time-consuming and the court requires sufficient time in advance of trial to make them.  **Failure to timely file**

1

**deposition designations will result in the exclusion of the deposition testimony from trial.**

6. <u>Motions in limine</u>.  Motions in limine (MIL) are due June 18, 2026, and responses are due 14 days later.  These order-set deadlines override any federal or local rule and will not be extended absent extraordinary circumstances.  MIL replies will be allowed only with leave of court, and each side may file only a single request for leave, see L.R. 16-3(a).

The process for preparing and filing motions in limine will be governed by the following additional rules and considerations:

(a) <u>Meaningful meet-and-confer required</u>.  As Local Rule 16-3 requires, before any motion in limine is filed, the parties must meet and confer (by telephone or in person not merely by email or some other form of writing) about the substance of each contemplated in-limine issue and attempt to reach an agreement on the issue.  Evidentiary agreements reached during this process must be memorialized by a written stipulation.  If the parties do not reach an agreement on an issue and a motion in limine remains necessary, the motion must be accompanied by a declaration certifying that counsel actually conferred in good faith to resolve the issue before the motion was filed (or re-filed), see L.R. 16-3(a).  The failure to include the certificate of counsel will result in the automatic denial of the motion without the opportunity to cure this deficiency.

(b) Motions in limine must address only true evidentiary issues and not be belated motions for dispositive rulings disguised as a motion in limine.

(c) <u>Omnibus filing</u>.  **Any party desiring to file motions in limine must include all in-limine issues in a SINGLE, omnibus motion** that numbers each issue consecutively; no party may file multiple, separate motions.  This format eliminates the need for redundant

recitations of facts and introductory statements of the law. If the size of the omnibus motion exceeds the page limit in the local rule, see L.R. 7-3(b), a separate motion to exceed the page limits must be filed contemporaneously with the omnibus motion; the motion to exceed page limits must not be styled as an "emergency."

(d) The parties are cautioned that vague requests based on speculative issues, like requests to generally preclude improper attorney arguments, violations of the golden rule, or irrelevant evidence will be flatly denied. The court intends to follow the rules of evidence and procedure at trial and expects the parties to do the same. Motions seeking little more than an order enforcing a rule waste the court's time and the parties' resources. Counsel is strongly cautioned that abuse of the motion-in-limine vehicle in this manner may result in sanctions against the attorneys.

This order will govern the trial of this case and may not be amended except by order of the court.

DATED: 1/9/2026

_____
Jennifer A. Dorsey
United States District Judge

3