**SAO**
Jared R. Richards, Esq. (11254)
Dustin E. Birch, Esq. (10517)
Stephen P. Stubbs, Esq. (10449)
CLEAR COUNSEL LAW GROUP
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
Telephone: (702) 476-5900
Facsimile: (702) 924-0709
jared@clearcounsel.com
sflinders@clearcounsel.com
*Attorneys for Kelly Patterson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY PATTERSON, individually | Case No.: 2:23-cv-00539-JAD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; CITY OF LAS VEGAS, a municipal governmental entity and a political subdivision of the State of Nevada; OFFICER S. SALAZAR, an individual; and DOE OFFICERS I-XX, | ECF No. 173 |
| Defendants. | |

The parties to this matter, by and through their respective counsel of record, met and have reached a settlement. The terms of the settlement agreement is as follows:

IT IS HEREBY STIPULATED by and between the parties:

1. LVMPD will pay Plaintiff, Kelly Patterson $400,000.00 to include damages, attorney fees and costs.

2. All claims are dismissed against Officer Salazar;

3. The following claims against LVMPD are dismissed:

   a. Second Claim for Relief Against LVMPD (Violation of Nevada Constitution, Article I, Sections 8, 9, and 18);

   b. Third Claim for Relief Against LVMPD (False Arrest);

    c.   Fourth Claim for Relief Against LVMPD (Malicious Prosecution);

    d.   Fifth Claim for Relief Against LVMPD (Battery);

4. The Sixth Claim for Relief (Monell Claim Against LVMPD) and Prayer for Injunctive Relief on Page 14, Line 6 to Page 15, Line 2 of the Complaint are not dismissed pursuant to this Stipulation and Order, but shall be limited to a singular issue by agreement. The singular issue preserved for appeal is: **whether the Las Vegas Metropolitan Police Department's official policy interpreting NRS 171.123(3) to permit its officers to order additional personal identifying information beyond a suspect's name—such as date of birth or social security number—in order to verify the suspect's identity in the department's law enforcement database during a reasonable-suspicion stop, and to arrest a suspect who refuses to provide such information, violates the Fourth Amendment or is unconstitutionally vague under the Fourteenth Amendment's Due Process Clause.** This issue corresponds to Section B of the Honorable Judge Jennifer Dorsey's August 26, 2025 Order (ECF 152), in which the Court granted summary judgment in favor of LVMPD on Plaintiff's challenge to the constitutionality of Metro's interpretation of NRS 171.123(3). The intent of both parties is to appeal that ruling to obtain a definitive interpretation of NRS 171.123(3) as it applies to law enforcement policies governing the scope of permissible identification orders during *Terry* stops. Moving forward:

    a.   Each party will bear their own costs and fees on appeal;

    b.   If Plaintiff prevails on the appeal, he will waive any claim to fees and/or costs against LVMPD;

    c.   If Plaintiff prevails on appeal, Plaintiff agrees that the $400,000.00 settlement includes any and all money damages against Officer Salazar and LVMPD; and

    d.   If Plaintiff prevails on the appeal, Plaintiff's only remedy against LVMPD is to move for declaratory and/or injunctive relief for LVMPD to modify their official policies to conform with the Ninth Circuit Court of Appeals' decision on appeal.

When that is decided, Plaintiff will immediately dismiss the lawsuit against LVMPD, not seek a new trial, and the case shall be over.

5.  The Trial currently set for August 18, 2026 shall be removed from the Court's calendar along with any and all filing deadlines pertaining to this case.

**IT IS SO STIPULATED.**

Dated June 17, 2026.
**CLEAR COUNSEL LAW GROUP**

*/s/ Stephen P. Stubbs*
Jared R. Richards, Esq. (11254)
Dustin E. Birch, Esq. (10517)
Stephen P. Stubbs (10449)
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
*Attorneys for Kelly Patterson*

Dated June 17, 2026.
**MARQUIS AND AURBACH**

*/s/ Craig R. Anderson*
Craig R. Anderson, Esq.
McKenna J. Sullivan, Esq.
1001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation [ECF No. 173] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** in accordance with this stipulation. The Clerk of Court is directed to **VACATE all deadlines, hearings, and trials and CLOSE THIS CASE.**

Submitted by:
**CLEAR COUNSEL LAW GROUP**

*/s/ Stephen P. Stubbs*
Jared R. Richards, Esq. (11254)
Dustin E. Birch, Esq. (10517)
Stephen P. Stubbs (10449)
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
*Attorneys for Kelly Patterson*

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 17, 2026