# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Kelly Patterson,

Plaintiff,

vs.

Las Vegas Metropolitan Police Department, *et al.*,

Defendants.

Case No. 2:23-cv-00539-JAD-MDC

**ORDER GRANTING MOTION TO REMOVE ATTORNEY (ECF NO. 178)**

The Court has reviewed the *Motion to Remove Counsel* (ECF No. 178) ("Motion"). Defendants Las Vegas Metropolitan Police Department and Officer S. Salazar (collectively "LVMPD defendants") request to remove McKenna J. Sullivan, Esq., Emily Cintron, Esq., and their respective email addresses from CM/ECF service in this matter. *See ECF No. 178*. LVMPD defendants state that Ms. Sullivan is no longer assigned to this case and that Ms. Cintron is no longer part of the Marquis & Aurbach ("Marquis"), the firm representing them. *See id.* Craig Anderson, Esq. from Marquis will continue representing LVMPD defendants. *See docket*. For good cause shown, the Court grants the Motion.

ACCORDINGLY,

**IT IS ORDERED that:**

1. The *Motion to Remove Counsel* (ECF No. 178) is **GRANTED**.

2. McKenna J. Sullivan, Esq. and Emily Cintron, Esq. are to be removed from CM/ECF service in this matter. Their respective email addresses, msullivan@maclaw.com and ecintron@maclaw.com, shall also be removed from CM/ECF service in this matter.

DATED: July 8, 2026

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

1